UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. WHEELOCK, | ) Case No. 07-CV-2177-JM(JMA) |
| Plaintiff, | ) **ORDER SCHEDULING TELEPHONIC** |
| | ) **CASE MANAGEMENT CONFERENCE** |
| v. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

The Court convened a telephonic Case Management Conference on November 3, 2008 at 9:30 a.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference will be held on **December 22, 2008** at **9:30 a.m.** Counsel for each party shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: November 3, 2008

Jan M. Adler
U.S. Magistrate Judge

07cv2177